**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Vincent Vidal MITCHELL,**
**Defendant–Appellant.**

No. 10–11795
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 30, 2010.

Terry Flynn, Thomas F. Kirwin, Eric K. Mountin, U.S. Attorney's Office, Tallahassee, FL, Pamela A. Moine, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

William Rourk Clark, Jr., Chet Kaufman, Randolph P. Murrell, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Before EDMONDSON, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Chet Kaufman, the Federal Public Defender assigned to represent Vincent Mitchell in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Mitchell's conviction and sentence are **AFFIRMED.**